HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA  95823
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
JOSE CURIEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:22-mj-00079-DB |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE PRELIMINARY HEARING AND EXCLUDE TIME |
| v. | |
| JOSE CURIEL, | Date:   July 28, 2022 |
| Defendant. | Time:   2:00 p.m. |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Justin Lee, counsel for plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for defendant Jose Curiel, that the preliminary hearing scheduled for July 14, 2022 at 2:00 p.m. be continued to **July 28, 2022 at 2:00 p.m.**

The defense counsel requests additional time to conduct pre-indictment investigation. The parties believe the requested continuance will allow sufficient time for this purpose, and that good cause exists under Rule 5.1(d) of the Federal Rules of Criminal Procedure.  The parties agree that the ends of justice served by resetting the preliminary hearing date outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

1  Therefore the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv)

2  (Local Code T4).

3

4  Dated: July 11, 2022                                Respectfully submitted,

5                                                      HEATHER E. WILLIAMS
                                                       Federal Public Defender
6
                                                       */s/ Megan T. Hopkins*
7                                                      MEGAN T. HOPKINS
                                                       Assistant Federal Defender
8                                                      Attorney for Defendant
                                                       JOSE CURIEL
9

10                                                     PHILLIP A. TALBERT
                                                       United States Attorney
11

12  DATED:  July 11, 2022                              */s/ Justin Lee*
                                                       JUSTIN LEE
13                                                     Assistant United States Attorney
                                                       Attorney for Plaintiff
14

15

16

17                            **[PROPOSED]** O R D E R

18

19       **IT IS HEREBY ORDERED** that the preliminary hearing scheduled for July 14, 2022, at

20  2:00 p.m. is continued to **July 28, 2022, at 2:00 p.m.**  The time period between July 14, 2022

     and July 28, 2022, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A)
21
     and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best
22
     interest of the public and the defendant in a speedy trial.
23

24  Dated:  July 11, 2022

25                                                     ALLISON CLAIRE
                                                       UNITED STATES MAGISTRATE JUDGE
26

27

28