FILED
July 11, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOSE CURIEL,<br><br>    Defendant. | Case No.  2:22-mj-00079-DB<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release   JOSE CURIEL  ,

Case No.  2:22-mj-00079-DB  Charge 21 USC § 846, 841(a)(1), from custody for the following reasons:

  \_\_\_\_\_ Release on Personal Recognizance

  \_\_\_\_\_ Bail Posted in the Sum of $ _____

  __X__ Unsecured Appearance Bond $     4000.00

  \_\_\_\_\_ Appearance Bond with 10% Deposit

  \_\_\_\_\_ Appearance Bond with Surety

  \_\_\_\_\_ Corporate Surety Bail Bond

  __X__ (Other):  The defendant's release is delayed until Tuesday, July 12, 2022, at 9:00 AM.

Issued at Sacramento, California on July 11, 2022, at 3:30 PM.

      By: */s/ Allison Claire*

         Magistrate Judge Allison Claire