| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, #294141 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95823 |
| | Telephone: 916-498-5700 |
| 5 | Fax: 916-498-5710 |
| 6 | Attorney for Defendant |
| | JOSE CURIEL |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-000151-WBS |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME |
| v. | |
| JOSE CURIEL, ET AL | Date: December 12, 2022 |
| Defendants. | Time: 9:00 a.m. |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Justin Lee, counsel for plaintiff, Assistant Federal Defender Megan T. Hopkins, counsel for defendant Jose Curiel, and Clemente M. Jimenez, counsel for defendant Roberto Tostado-Cadenas, that the status conference scheduled for October 3, 2022, be continued to **December 12, 2022, at 9:00 a.m.**

The government has provided defense counsel with more than 400 pages and several media files of initial discovery, which defense counsel is in the process of reviewing the initial discovery and conducting investigation. The parties believe a continuance to December 12, 2022, will permit defense counsel the additional time necessary to conduct pretrial investigation and engage in pre-plea negotiations.

The parties agree that the ends of justice served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial.  Therefore the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

Dated: September 26, 2022                                      Respectfully submitted,

                                                                                   HEATHER E. WILLIAMS
                                                                                   Federal Public Defender

                                                                                   */s/ Megan T. Hopkins*
                                                                                   MEGAN T. HOPKINS
                                                                                   Assistant Federal Defender
                                                                                   Attorney for Defendant
                                                                                   JOSE CURIEL

                                                                                   */s/ Clemente M. Jimenez*
Dated: September 26, 2022                          CLEMENTE M. JIMENEZ
                                                                                   Attorney for Defendant
                                                                                   ROBERTO TOSTADO-CADENAS

                                                                                   PHILLIP A. TALBERT
                                                                                   United States Attorney

Dated: September 26, 2022                           */s/ Justin Lee*
                                                                                   JUSTIN LEE
                                                                                   Assistant United States Attorney
                                                                                   Attorney for Plaintiff

## **O R D E R**

**IT IS HEREBY ORDERED** that the preliminary hearing scheduled for October 3, 2022, at 9:00 a.m. is continued to **December 12, 2022, at 9:00 a.m.**  The time period between October 3, 2022 and December 12, 2022, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  September 30, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE