HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA  95823
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
JOSE CURIEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JOSE CURIEL, ET AL<br><br>　　　　　　Defendants. | Case No.  2:22-cr-000151-WBS<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME<br><br>Date:  March 6, 2023<br>Time:  9:00 a.m. |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Justin Lee, counsel for plaintiff, Assistant Federal Defender Megan T. Hopkins, counsel for defendant Jose Curiel, and Clemente M. Jimenez, counsel for defendant Roberto Tostado-Cadenas, that the status conference scheduled for December 12, 2022, be continued to **March 6, 2023, at 9:00 a.m.**

　　　　The government has provided defense counsel with a substantial batch of initial discovery, which defense counsel is in the process of reviewing and is conducting investigation therefrom.  The parties believe a continuance to March 6, 2023, will permit defense counsel the additional time necessary to conduct pretrial investigation, identify and interview witnesses, obtain pertinent records, and engage in pre-plea negotiations.

The parties agree that the ends of justice served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial. Therefore the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

Dated: December 7, 2022                                    Respectfully submitted,

                                                              HEATHER E. WILLIAMS
                                                              Federal Public Defender

                                                              */s/ Megan T. Hopkins*
                                                              MEGAN T. HOPKINS
                                                              Assistant Federal Defender
                                                              Attorney for Defendant
                                                              JOSE CURIEL

                                                              */s/ Clemente M. Jimenez*
Dated: December 7, 2022                                    CLEMENTE M. JIMENEZ
                                                              Attorney for Defendant
                                                             ROBERTO TOSTADO-CADENAS


                                                              PHILLIP A. TALBERT
                                                              United States Attorney

Dated: December 7, 2022                                     */s/ Justin Lee*
                                                              JUSTIN LEE
                                                              Assistant United States Attorney
                                                              Attorney for Plaintiff

**O R D E R**

**IT IS HEREBY ORDERED** that the preliminary hearing scheduled for December 12, 2022, at 9:00 a.m. is continued to **March 6, 2023, at 9:00 a.m.** The time period between December 12, 2022 and March 6, 2023, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated: December 7, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE