| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, #294141 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA  95814 |
| 4 | Tel: 916-498-5700/Fax: 916-498-5710 |
| 5 | Attorney for Defendant |
| | JOSE CURIEL |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:22-cr-00151-WBS-1 |
|---|---|---|
| Plaintiff, | ) | STIPULATION FOR MODIFICATION OF CONDITIONS OF PRETRIAL RELEASE; [PROPOSED] ORDER |
| vs. | ) | |
| JOSE CURIEL, | ) | Hon. Jeremy D. Peterson |
| Defendant. | ) | |

The defendant, JOSE CURIEL, by and through his attorney of record, Assistant Federal Defender Megan T. Hopkins, and the UNITED STATES, by and through its attorney of record, Justin Lee, hereby stipulate to and request an order from this Court modifying the conditions of Mr. Curiel's pretrial release to replace Special Condition 14, requiring location monitoring: home detention with location monitoring: curfew.  Additionally, the parties request that Special Condition 12, requiring Mr. Curiel's participation in Cognitive Behavioral Therapy, be removed. Mr. Curiel's assigned pretrial services officer approves of the stipulated to and requested modifications and has communicated the approval and proposed modified condition to the parties.  The proposed amended conditions of release are submitted with this stipulation as Exhibit A.

Mr. Curiel has been on pretrial release in this district since July 2022, on a $4,000 unsecured appearance bond.  *See* Dkt. 18.  Mr. Curiel is in compliance with all of his conditions of release.  One of those conditions of release is location monitoring.  Mr. Curiel is currently

subject to home detention, and therefore must remain inside his residence except for pre-approved employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other activities authorized by the pretrial services officer.  In light of Mr. Curiel's history of compliance with all of his conditions and the reduced assessment of flight risk and/or danger in this case, the parties request that **Special Condition 14 be modified to a curfew from 6:00 p.m. to 6:00 a.m., daily**. Additionally, given that the Cognitive Behavioral Therapy program is not currently available in the Spanish language and given that Mr. Curiel has demonstrated continuous compliance with his release conditions and has had no positive drug test results, the parties also request that **Special Condition 12 be removed**. The parties do not request a hearing in this matter in light of this stipulation.

DATED: January 6, 2023

Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for JOSE CURIEL

DATED: January 6, 2023

PHILLIP A. TALBERT
United States Attorney

*/s/ Justin Lee*
JUSTIN LEE
Assistant United States Attorney
Attorney for the United States

Stipulation for Modification of
Conditions of Pretrial Release; [Proposed] Order

**[PROPOSED] ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the Amended Special Conditions of Release for defendant, Jose Curiel, are hereby adopted. Special Condition 14 shall be modified to reflect that Mr. Curiel shall be subject to a curfew from 6:00 p.m. to 6:00 a.m., daily. Special Condition 12 shall be removed. All other conditions of pretrial release shall remain in force.

DATED: January 9, 2023

_____
HON. JEREMY D. PETERSON
United States Magistrate Judge