| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, #294141 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA  95823 |
| | Telephone: 916-498-5700 |
| 5 | Fax: 916-498-5710 |

Attorney for Defendant
JOSE CURIEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:22-cr-000151-WBS |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND |
| v. | ) ) | EXCLUDE TIME |
| JOSE CURIEL, ET AL | ) ) | Date:   April 24, 2023 |
| Defendants. | ) ) | Time:   9:00 a.m. |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Justin Lee, counsel for plaintiff, Assistant Federal Defender Megan T. Hopkins, counsel for defendant Jose Curiel, and Clemente M. Jimenez, counsel for defendant Roberto Tostado-Cadenas, that the status conference scheduled for March 6, 2023, be continued to **April 24, 2023, at 9:00 a.m.**

Defense counsel continues to review discovery and conduct investigation in this case. The parties believe a continuance to April 24, 2023, will permit defense counsel the additional time necessary to conduct pretrial investigation, identify and interview witnesses, obtain pertinent records, and engage in pre-plea negotiations.

/ / /

/ / /

1  The parties agree that the ends of justice served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial. Therefore the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

Dated: February 27, 2023

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Public Defender

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
JOSE CURIEL

Dated: February 27, 2023

*/s/ Clemente M. Jimenez*
CLEMENTE M. JIMENEZ
Attorney for Defendant
ROBERTO TOSTADO-CADENAS

PHILLIP A. TALBERT
United States Attorney

Dated: February 27, 2023

*/s/ Justin Lee*
JUSTIN LEE
Assistant United States Attorney
Attorney for Plaintiff

# **O R D E R**

**IT IS HEREBY ORDERED** that the preliminary hearing scheduled for March 6, 2023, at 9:00 a.m. is continued to **April 24, 2023, at 9:00 a.m.** The time period between March 6, 2023 and April 24, 2023, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated: February 28, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE