CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for ROBERTO TOSTADO-CADENAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE ANTONIO CURIEL, et al.,<br><br>Defendants. | Case No.: 2:22-cr-151 WBS<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:   April 24, 2023<br>TIME:   9:00 a.m.<br>JUDGE:  Hon. William B. Shubb |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Justin Lee, Counsel for Plaintiff, and attorneys Clemente M. Jiménez, Counsel for Defendant Roberto Tostado-Cadenas, and Megan Hopkins, Assistant Federal Defender, Counsel for Jose Antonio Curiel, that the hearing in this matter, currently scheduled for April 24, 2023, at 9:00 a.m., be vacated, and that the matter be continued to this court's criminal calendar on June 5, 2023, at 9:00 a.m. for further status conference and possible change of plea. Counsel will require time to review discovery, conduct investigation, as necessary, and confer with their respective clients.

    IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), from the date of the parties' stipulation, April 19, 2023, through June 5, 2023, and that

the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:	April 19, 2023	/S/	Justin Lee
	PHILLIP TALBERT
	by JUSTIN LEE
	Attorney for Plaintiff

DATED:	April 19, 2023	/S/	Clemente M. Jiménez
	CLEMENTE M. JIMÉNEZ
	Attorney for Roberto Tostado-Cadenas

DATED:	April 19, 2023	/S/	Megan Hopkins
	MEGAN HOPKINS
	Assistant Federal Defender
	Attorney for Jose Antonio Curiel

**ORDER**

IT IS SO ORDERED, that the status of counsel hearing in the above-entitled matter, scheduled for April 24, 2023, at 9:00 a.m., be vacated and the matter continued for further status conference and possible change of plea on June 5, 2023, at 9:00 a.m. The Court finds that time under the Speedy Trial Act shall be excluded from the date of the parties' stipulation, April 19, 2023, through June 5, 2023, to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

Dated:  April 21, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

04/21/23