HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA  95823
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
JOSE CURIEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:22-cr-000151-WBS |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME |
| v. | |
| JOSE CURIEL, ET AL | |
| Defendants. | Date:   August 28, 2023 Time:   9:00 a.m. |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Justin Lee, counsel for plaintiff, Assistant Federal Defender Megan T. Hopkins, counsel for defendant Jose Curiel, and Clemente M. Jimenez, counsel for defendant Roberto Tostado-Cadenas, that the status conference scheduled for June 5, 2023, be continued to **August 28, 2023, at 9:00 a.m.**

Defense counsel continues to review discovery and conduct investigation in this case. The parties anticipate an initial plea offer from the government prior to the next status conference, and will require additional time to review the offer with the defendants and respond to the government. The parties believe a continuance to August 28, 2023, will permit defense counsel the additional time necessary to conduct pretrial investigation, identify and interview witnesses, obtain pertinent records, and engage in pre-plea negotiations.

/ / /

1        The parties agree that the ends of justice served by resetting the status conference date

2   outweigh the best interest of the public and the defendant in a speedy trial.  Therefore the parties

3   agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

4

5   Dated: June 1, 2023                                Respectfully submitted,

6                                                                      HEATHER E. WILLIAMS
                                                                       Federal Public Defender
7
                                                                       */s/ Megan T. Hopkins*
8                                                                      MEGAN T. HOPKINS
                                                                       Assistant Federal Defender
9                                                                      Attorney for Defendant
                                                                       JOSE CURIEL
10

11                                                                     */s/ Clemente M. Jimenez*
     Dated: June 1, 2023                                CLEMENTE M. JIMENEZ
12                                                                     Attorney for Defendant
                                                                       ROBERTO TOSTADO-CADENAS
13

14                                                                     PHILLIP A. TALBERT
                                                                       United States Attorney
15

16   Dated: June 1, 2023                                */s/ Justin Lee*
                                                                       JUSTIN LEE
17                                                                     Assistant United States Attorney
                                                                       Attorney for Plaintiff
18

19

20

21

22

23

24

25

26

27

28

                                                     2-

*United States v. Jose Curiel et al*
Stipulation to Continue Status Conference

1

**O R D E R**

2

3

     **IT IS HEREBY ORDERED** that the preliminary hearing scheduled for June 5, 2023, at

4

9:00 a.m. is continued to **August 28, 2023, at 9:00 a.m.**  The time period between through

5

August 28, 2023, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A)

6

and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best

7

interest of the public and the defendant in a speedy trial.

8

Dated:  June 1, 2023

9

 

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*United States v. Jose Curiel et al*
Stipulation to Continue Status Conference

3-