HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
JOSE CURIEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOSE CURIEL, <br><br> Defendant. | Case No. 2:22-cr-00151-WBS-1 <br><br> STIPULATION FOR MODIFICATION OF CONDITIONS OF PRETRIAL RELEASE; [PROPOSED] ORDER <br><br> Hon. Jeremy D. Peterson |

The defendant, JOSE CURIEL, by and through his attorney of record, Assistant Federal Defender Megan T. Hopkins, and the UNITED STATES, by and through its attorney of record, Justin Lee, hereby stipulate to and request an order from this Court modifying the conditions of Mr. Curiel's pretrial release to modify Special Condition 13, setting forth the times for the previously-imposed location monitoring: curfew condition, as follows:

> "13.   CURFEW: You must remain inside your residence every day from 9:00 pm to 6:00 am, or as adjusted by the pretrial services officer for medical, religious services, employment, or court-ordered obligations."

Mr. Curiel has been on pretrial release in this district since July 2022, on a $4,000 unsecured appearance bond. *See* Dkt. 18. Mr. Curiel is in compliance with all of his conditions of release. One of those conditions of release is location monitoring. Mr. Curiel is currently subject to home detention: curfew and must remain inside his residence between the hours of 6:00 p.m. and 6:00 a.m., except for pre-approved employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court

Stipulation for Modification of
Conditions of Pretrial Release; [Proposed] Order

ordered obligations; or other activities authorized by the pretrial services officer.  Mr. Curiel has daughters from a previous relationship whose mother and primary custodial parent has indicated would be willing to facilitate more frequent and longer visits between Mr. Curiel and his children, if he were able to pick them up and bring them home in the evening.  An extension of Mr. Curiel's curfew hours would permit him the additional time needed to increase his visits with his daughters.  Accordingly, in light of Mr. Curiel's history of compliance with all of his conditions and the reduced assessment of flight risk and/or danger in this case, the parties request that **Special Condition 13 be modified to a curfew from 9:00 p.m. to 6:00 a.m., daily**.

DATED: August 4, 2023

Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for JOSE CURIEL

DATED: August 4, 2023

PHILLIP A. TALBERT
United States Attorney

*/s/ Justin Lee*
JUSTIN LEE
Assistant United States Attorney
Attorney for the United States

Stipulation for Modification of
Conditions of Pretrial Release; [Proposed] Order

**[PROPOSED] ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT Special Condition 13 shall be modified to reflect that Mr. Curiel shall be subject to a curfew from 9:00 p.m. to 6:00 a.m., daily. All other conditions of pretrial release shall remain in force.

DATED: August 4, 2023

_____
HON. JEREMY D. PETERSON
United States Magistrate Judge