HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA  95823
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
JOSE CURIEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:22-cr-000151-WBS |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME |
| v. | ) ) | |
| JOSE CURIEL, ET AL | ) ) | Date:  November 20, 2023 |
| Defendants. | ) ) ) ) | Time:  9:00 a.m. |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Justin Lee, counsel for plaintiff, Assistant Federal Defender Megan T. Hopkins, counsel for defendant Jose Curiel, and Clemente M. Jimenez, counsel for defendant Roberto Tostado-Cadenas, that the status conference scheduled for August 28, 2023, be continued to **November 20, 2023, at 9:00 a.m.**

Defense counsel continues to review discovery and conduct investigation in this case. The parties anticipate an initial plea offer from the government prior to the next status conference, and will require additional time to review the offer with the defendants and respond to the government. The parties believe a continuance to November 20, 2023, will permit defense counsel the additional time necessary to conduct pretrial investigation, identify and interview witnesses, obtain pertinent records, and finalize any further pre-plea negotiations.

The parties agree that the ends of justice served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial. Therefore the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

Dated: August 22, 2023                              Respectfully submitted,

                                                 HEATHER E. WILLIAMS
                                                 Federal Public Defender

                                                 */s/ Megan T. Hopkins*
                                                 MEGAN T. HOPKINS
                                                 Assistant Federal Defender
                                                 Attorney for Defendant
                                                 JOSE CURIEL


                                                 */s/ Clemente M. Jimenez*
Dated: August 22, 2023                              CLEMENTE M. JIMENEZ
                                                 Attorney for Defendant
                                                 ROBERTO TOSTADO-CADENAS


                                                 PHILLIP A. TALBERT
                                                 United States Attorney

Dated: August 22, 2023                              */s/ Justin Lee*
                                                 JUSTIN LEE
                                                 Assistant United States Attorney
                                                 Attorney for Plaintiff

# **O R D E R**

**IT IS HEREBY ORDERED** that the status conference scheduled for August 28, 2023, at 9:00 a.m. is continued to **November 20, 2023, at 9:00 a.m.**  The time period through November 20, 2023, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  August 23, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE