HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95823
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
JOSE CURIEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JOSE CURIEL,<br><br>　　　　　Defendants. | Case No. 2:22-cr-000151-WBS<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME<br><br>Judge: William B. Shubb<br>Date:　March 11, 2024<br>Time:　9:00 a.m. |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Justin Lee, counsel for plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for defendant Jose Curiel, that the status conference scheduled for March 11, 2024, be continued to **May 6, 2024, at 9:00 a.m.**

Defense counsel continues to review discovery and conduct investigation in this case. The parties anticipate an initial plea offer from the government prior to the next status conference, and will require additional time to review the offer with the defendants and respond to the government. The parties believe a continuance to May 6, 2024, will permit defense counsel the additional time necessary to conduct pretrial investigation, identify and interview witnesses, obtain pertinent records, and finalize any further pre-plea negotiations.

The parties agree that the ends of justice served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial. Therefore the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

Dated: March 6, 2024          Respectfully submitted,

                                  HEATHER E. WILLIAMS
                                  Federal Public Defender

                                  */s/ Megan T. Hopkins*
                                  MEGAN T. HOPKINS
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  JOSE CURIEL

                                  PHILLIP A. TALBERT
                                  United States Attorney

Dated: March 6, 2024          */s/ Justin Lee*
                                  JUSTIN LEE
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

# **O R D E R**

**IT IS HEREBY ORDERED** that the status conference scheduled for March 11, 2024, at 9:00 a.m. is continued to **May 6, 2024, at 9:00 a.m.** The time period through May 6, 2024, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  March 7, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE