HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95823
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
JOSE CURIEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE CURIEL, ET AL <br><br> Defendants. | Case No. 2:22-cr-000151-WBS <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME <br><br> Date: July 15, 2024 <br> Time: 9:00 a.m. <br> Judge: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Justin Lee, counsel for plaintiff, Assistant Federal Defender Megan T. Hopkins, counsel for defendant Jose Curiel, and Clemente M. Jiménez, counsel for defendant Roberto Tostado-Cadenas, that the status conference scheduled for July 15, 2024, be continued to **September 3, 2024, at 9:00 a.m.**

The Courtroom Deputy has advised the parties that the Court will no longer be available on July 15, 2024, and requested that the parties meet and confer on a mutually agreeable future date for the upcoming status conference. All parties are available on September 3, 2024, and therefore request that date for the next status conference.

///

///

The parties agree that the ends of justice served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial. Therefore, the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

Dated: June 28, 2024                                              Respectfully submitted,

                                                                  HEATHER E. WILLIAMS
                                                                  Federal Public Defender

                                                                  */s/ Megan T. Hopkins*
                                                                  MEGAN T. HOPKINS
                                                                  Assistant Federal Defender
                                                                  Attorney for Defendant
                                                                  JOSE CURIEL


                                                                  */s/ Clemente M. Jiménez*
Dated: June 28, 2024                                              CLEMENTE M. JIMENEZ
                                                                  Attorney for Defendant
                                                                  ROBERTO TOSTADO-CADENAS


                                                                  PHILLIP A. TALBERT
                                                                  United States Attorney


Dated: June 28, 2024                                               */s/ Justin Lee*
                                                                  JUSTIN LEE
                                                                  Assistant United States Attorney
                                                                  Attorney for Plaintiff

*United States v. Jose Curiel et al*
Stipulation to Continue Status Conference

-2-

# **O R D E R**

**IT IS HEREBY ORDERED** that the status conference scheduled for July 15, 2024, at 9:00 a.m. is continued to **September 3, 2024, at 9:00 a.m.** The time period through September 3, 2024, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  July 1, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE