HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA  95823
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
JOSE CURIEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:22-cr-000151-WBS |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO |
| | ) CONTINUE SENTENCING HEARING AND |
| v. | ) MODIFY PRESENTENCE SCHEDULE |
| | ) |
| JOSE CURIEL, and ROBERTO TOSTADO- | ) |
| CADENAS, | ) |
| | ) Date:   March 3, 2025 |
| Defendants. | ) Time:   9:00 a.m. |
| | ) |
| | ) |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective

counsel, Assistant United States Attorney Justin Lee, counsel for plaintiff, Assistant Federal

Defender Megan T. Hopkins, counsel for defendant Jose Curiel, and Clemente Jimenez, counsel

for defendant Roberto Tostado-Cadenas, that the sentencing hearing in this matter be continued

to **March 3, 2024, at 9:00 a.m.**

The parties further stipulate that the disclosure schedule be modified as follows to permit

additional time for the completion of the presentence report (PSR):

PSR Draft Disclosure on 1/13/25

Informal Objections 1/27/25

Final PSR on 2/3/25

Formal Objections on 2/17/25

Sentencing Memoranda/Replies on 2/24/25

1        Mr. Curiel has scheduled a PSR interview with the aid of an interpreter for December 20,

2    2025, which is the soonest date both the probation officer and defense counsel could arrange for

3    an in-person interview.  The parties have met and conferred regarding a revised PSR schedule

4    that will accommodate the probation officer's schedule and availability and provide for Mr.

5    Curiel to participate in a PSR interview to aid in the preparation of the report, and have

6    determined that sentencing on March 3, 2025, is a mutually convenient date which provides

7    sufficient time to revise the PSR schedule as needed.

8        Given the amount of time built into the modified schedule, the parties do not anticipate

9    requesting any further continuance of the sentencing hearing. Therefore, it is the request of the

10   parties that the Court grant the requested continuance and modify the disclosure schedule as set

11   forth above.

12

13   Dated: December 13, 2024                    Respectfully submitted,

14                                               HEATHER E. WILLIAMS
                                                 Federal Public Defender
15
                                                 */s/ Megan T. Hopkins*
16                                               MEGAN T. HOPKINS
                                                 Assistant Federal Defender
17                                               Attorney for Defendant
                                                 JOSE CURIEL
18
19   Dated: December 13, 2024                     */s/ Clemente M Jimenez*
                                                 CLEMENTE JIMENEZ
                                                 Attorney for Defendant
20                                               ROBERTO TOSTADO-CADENAS

21
                                                 PHILLIP A. TALBERT
22                                               United States Attorney

23
24   Dated: December 13, 2024                     */s/ Justin Lee*
                                                 JUSTIN LEE
                                                 Assistant United States Attorney
25                                               Attorney for Plaintiff

26

27

28

*United States v. Curiel et al*
Stipulation to Continue Sentencing Hearing
And Modify PSR Schedule

1

## O R D E R

2

3          **IT IS HEREBY ORDERED** that the sentencing hearing is continued to **March 3, 2025,**

4    **at 9:00 a.m.**  It is further ordered that the presentence schedule be modified as set forth above.

5

6    Dated:  December 16, 2024

7                                       WILLIAM B. SHUBB
                                   UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*United States v. Curiel et al*
Stipulation to Continue Sentencing Hearing
And Modify PSR Schedule

3-