CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for ROBERTO TOSTADO-CADENAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERTO TOSTADO-CADENAS, et al.,<br><br>Defendants. | Case No.: 2:22-cr-151 WBS<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:   March 31, 2025<br>TIME:   10:00 a.m.<br>JUDGE:  Hon. William B. Shubb |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Justin Lee, Counsel for Plaintiff, attorney Clemente M. Jiménez, Counsel for Defendant Roberto Tostado-Cadenas, and Megan Hopkins, counsel for Jose Antonio-Curiel, that the sentencing hearing in this matter, currently scheduled for March 31, 2025, at 10:00 a.m., be vacated, and the matter continued to this court's criminal calendar on April 7, 2025, at 10:00 a.m. for judgment and sentencing. Defense counsel for Mr. Tostado-Cadenas requires additional time to investigate information relating to sentencing prior to filing objections.

    The parties request the disclosure schedule be revised as follows:

Informal Objections:        March 10, 2025
Final PSR:                    March 17, 2025
Formal Objections:         March 24, 2025

| | | |
|---|---|---|
| Reply: | March 31, 2025 | |
| Judgment and Sentence: | **April 7, 2025, 10:00 am** | |

DATED:   February 26, 2025    /S/   Justin Lee
MICHELE BECKWITH
by JUSTIN LEE
Attorney for Plaintiff

DATED:   February 26, 2025    /S/   Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for Roberto Tostado-Cadenas

DATED:   February 26, 2025    /S/   Megan Hopkins
MEGAN HOPKINS
Attorney for Jose Antonio-Curiel

**ORDER**

IT IS SO ORDERED, that the sentencing hearing in the above-entitled matter, scheduled for March 31, 2025, at 10:00 a.m., be vacated and continued for judgment and sentencing to April 7, 2025, at 10:00 a.m.  The court further orders the disclosure schedule revised as requested.

Dated:  March 3, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

03/03/25